IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.: 18-00105-CG-N |
| ) | |
| AMBER RENEE WHITE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 79) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Superseding Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of conspiracy to possess with intent to distribute methamphetamine in violation of Title 21, U.S.C., Section 846. A sentencing hearing has been scheduled for February 20, 2019 at 9:30 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 10th day of September, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE